# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE TO THE DISTRICT COURT

18-1049

Cioffi v. Google LLC

---

Notice of Appeal Date: 10/13/2017

---

Appeal from: United States District Court for the Eastern District of Texas Case No. 2:13-cv-00103-JRG

The parties in the above-captioned appeal have advised this court that a motion subject to Fed. R. App. P. 4(a)(4) has been filed. Please transmit a certified copy of the docket entries showing the disposition of the pending motion in the case.

FOR THE COURT

October 13, 2017

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court