NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALFONSO CIOFFI, MELANIE ROZMAN, MEGAN ROZMAN, MORGAN ROZMAN,**
*Plaintiffs-Appellees*

**v.**

**GOOGLE LLC,**
*Defendant-Appellant*

---

2018-1049

---

Appeal from the United States District Court for the Eastern District of Texas in No. 2:13-cv-00103-JRG, Chief Judge J. Rodney Gilstrap.

---

**O R D E R**

Pursuant to this court's order of October 13, 2017, this appeal was stayed pending the disposition of a motion of the type enumerated in Rule 4(a)(4) of the Federal Rules of Appellate Procedure. It appears that the district court vacated the final judgment on March 29, 2018.

Upon consideration thereof,

IT IS ORDERED THAT:

Within 14 days of the date of filing of this order, the parties are directed to file a status report informing this

court how they believe this appeal should proceed in light of the district court's vacatur of the final judgment.

FOR THE COURT

February 18, 2021
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s32