NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALFONSO CIOFFI, MELANIE ROZMAN, MEGAN ROZMAN, MORGAN ROZMAN,**
*Plaintiffs-Appellees*

**v.**

**GOOGLE LLC,**
*Defendant-Appellant*

---

2018-1049

---

Appeal from the United States District Court for the Eastern District of Texas in No. 2:13-cv-00103-JRG, Chief Judge J. Rodney Gilstrap.

---

**O R D E R**

Upon consideration of the parties' joint status report filed February 24, 2021,

IT IS ORDERED THAT:

The appeal remains deactivated. Within 14 days of the entry of a new final judgment or the district court's resolution of the last remaining motion of the type enumerated under Rule 4(a)(4) of the Federal Rules of Appellate Procedure, whichever is later, the parties are directed to inform the court as to how this appeal should proceed.

FOR THE COURT

March 15, 2021 /s/ Peter R. Marksteiner
Date Peter R. Marksteiner
Clerk of Court

s32