VASQUEZ BENISEK & LINDGREN LLP

ERIC W. BENISEK
925-297-9385
ebenisek@vbllaw.com

August 12, 2022

Peter R. Marksteiner
Circuit Executive and Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place NW, Room 401
Washington, D.C. 20439

Re: ***Cioffi et al. v. Google LLC,*** Nos. 18-1049
Fed. R. App. P. 28(j) Citation of Supplemental Authority in Appeal

Dear Col. Marksteiner:

Appellees respectfully direct the Court's attention to the Court's previous opinion in ***TecSec, Inc. v. Adobe Inc.*****, 978 F.3d 1278 (Fed. Cir. 2020)**. This supplemental authority was overlooked by Appellees in their responsive brief filed on July 15, 2022, and was not discovered by Appellees' counsel until August 4, 2022 when the case was mentioned in Patently-O.

The opinion is pertinent and significant to Appellant Google LLC's argument at footnote 3, page 63 of its opening brief (D.I. 23), that it cannot be liable for indirect infringement "as a matter of law" during the period that the District Court had issued a claim construction order favorable to Google that was later reversed in *Cioffi, et al. v. Google, Inc*., 632 F. App'x 1013 (Fed. Cir. 2015). The *TecSec* opinion considered this exact argument, which was advanced by the defendant in that case and adopted by the district court. *TecSec, Inc*., 978 F.3d at 1286-88. This Court reversed, finding that the defendant's subjective state of mind was still a question of fact for the jury even if it was objectively reasonable to conclude there was no infringement based on a claim construction order that was subsequently overruled. *See id*. at 1287-88. Accordingly, to the extent Google is arguing it cannot be liable for indirect infringement "as a matter of law" during the time period between the District Court's initial claim construction order and this Court's reversal of that order, that argument has been rejected by *TecSec*.

Respectfully submitted,

/s/ Eric Benisek

Eric Benisek
VASQUEZ BENISEK & LINDGREN LLP
1550 Parkside Drive, Ste. 130
Walnut Creek, CA 94596

cc: Counsel of Record