# United States Court of Appeals for the Federal Circuit

---

**ALFONSO CIOFFI, MELANIE ROZMAN, MEGAN ROZMAN, MORGAN ROZMAN,**
*Plaintiffs-Appellees*

**v.**

**GOOGLE LLC,**
*Defendant-Appellant*

---

2018-1049

---

Appeal from the United States District Court for the Eastern District of Texas in No. 2:13-cv-00103-JRG, Chief Judge J. Rodney Gilstrap.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED**

FOR THE COURT

April 18, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court